**McCARTHY & HOLTHUS, LLP**
Gayle E. Jameson, SBN 207050
Anne Ogle-Knee, SBN 253824
1770 Fourth Avenue
San Diego, California 92101
Phone: (619) 955-1501
Facsimile: (619) 243-1979

Attorneys for Plaintiff,
Aurora Bank FSB, its assignees and/or successor

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aurora Bank FSB,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Gary F. Ottonello, et al<br><br>　　　　　　Defendant | **4:12-cv-05304-SBA**<br><br>**ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2)**<br><br>Dept.: Courtroom 1 – 4th Floor<br>Honorable: Judge Saundra Brown Armstrong<br><br>Action Filed 8/20/2012 |

/ / /

/ / /

/ / /

---

1

**PROPOSED ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2)**

Plaintiff, Aurora Bank FSB ("Plaintiff"), by and through their attorney of record, Anne Ogle-Knee, Esq., of McCarthy & Holthus, LLP, respectfully submits to this Court a proposed Order granting Plaintiff's Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(A)(2).

**IT IS ORDERED** that Plaintiff's Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(A)(2) be granted.

1/31/13

_Sandra B. Armstrong_
United States District Judge

Prepared and submitted by:
**McCarthy & Holthus**

 /s/Anne Ogle-Knee
Anne Ogle-Knee, Esq.
Attorney for Plaintiff
Aurora Bank FSB

**PROPOSED ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(2)**